No. 81–3. BOB JONES UNIVERSITY v. UNITED STATES. C. A. 4th Cir. [Certiorari granted, 454 U. S. 892.] Motion of petitioner for leave to file a supplemental brief after argument granted.

No. 81–920. VERLINDEN B. V. v. CENTRAL BANK OF NI-GERIA. C. A. 2d Cir. [Certiorari granted, 454 U. S. 1140.] Stephen N. Shulman, Esquire, of Washington, D. C., a member of the Bar of this Court, is invited to argue this case as amicus curiae in support of the judgment below.

No. 81–1320. KOLENDER, CHIEF OF POLICE OF SAN DIEGO, ET AL. v. LAWSON. C. A. 9th Cir. [Probable jurisdiction noted, 455 U. S. 999.] Treating appellee's letter of October 19, 1982, as a motion for leave to present oral argument pro se, the motion is denied. Mark D. Rosenbaum, Esquire, of Los Angeles, Cal., a member of the Bar of this Court, is invited to argue this case as amicus curiae in support of the judgment below.

No. 81–1493. GILLETTE CO. v. MINER. Sup. Ct. Ill. [Certiorari granted, 456 U. S. 914.] Motion of Consumer Coalition for leave to participate in oral argument as amicus curiae denied.